# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: LOSOYA, JOSE L<br>         LOSOYA, BARBARA G<br><br>Debtor(s) | § Case No. 06-72484<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 29, 2006. The undersigned trustee was appointed on April 09, 2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       15,045.82

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 21.22 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 15,024.60 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 06/28/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,254.58. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,254.58, for a total compensation of $2,254.58. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $63.40, for total expenses of $63.40.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/09/2010          By:/s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Case 06-72484    Doc 29    Filed 04/22/10    Entered 04/22/10 10:34:33    Desc Main
                  Document      Page 3 of 13

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 06-72484
Case Name: LOSOYA, JOSE L
LOSOYA, BARBARA G
Period Ending: 04/09/10

Trustee: (330400) JOSEPH D. OLSEN
Filed (f) or Converted (c): 12/29/06 (f)
§341(a) Meeting Date: 01/25/07
Claims Bar Date: 06/28/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Ckg. Acct | 25.00 | 0.00 | DA | 0.00 | FA |
| 2 | HHGS/furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Term Life Insurance | 900.00 | 0.00 | DA | 0.00 | FA |
| 5 | Annuity | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pension | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Vehicles | 4,525.00 | 0.00 | DA | 0.00 | FA |
| 8 | Fraudulent conveyance - 1016 Garfield Dr. (u) | 20,000.00 | 15,000.00 | | 15,000.00 | FA |
| 9 | Pets | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Checking account with First National Bank of Roc | 25.00 | 0.00 | DA | 0.00 | FA |
| 11 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Personal Used Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 13 | Employer - Term Life Insurance - cash surrender | 900.00 | 0.00 | DA | 0.00 | FA |
| 14 | Annuity | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Pension through employer - 100% exempt | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1994 Ford S10, 330,000 miles | 575.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1994 Oldsmobile 98, 200,000 miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 93 Chevrolet G-20, 100,000 miles | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 19 | 91 Yamaha 750 | 750.00 | 0.00 | DA | 0.00 | FA |
| 20 | 9 fish | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 45.82 | Unknown |
| 21 | Assets    Totals (Excluding unknown values) | $80,300.00 | $15,000.00 | | $15,045.82 | $0.00 |

**Major Activities Affecting Case Closing:**

Only thing Trustee is administering is a fraudulent conveyance whereby the Debtors transferred their interest in a duplex to their daughter. Trustee settled claim at $15,000.00. Debtors are paying settlement at $900/mo. However, the Debtors have fallen on hard times and are now making payments of $100.00/mo. They are hopeful that when they get re-employed that they will be able to complete their payments on a more timely fashion. In any event, the Trustee has approximately $700.00 left to be paid on the account and is attempting to collect same in full before the filing of the final report. All claims have been objected to that should be.

Printed: 04/09/2010 11:25 AM    V.11.54

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 06-72484 | | Trustee: | (330400) | JOSEPH D. OLSEN |
| Case Name: | LOSOYA, JOSE L | | Filed (f) or Converted (c): | 12/29/06 (f) | |
| | LOSOYA, BARBARA G | | §341(a) Meeting Date: | 01/25/07 | |
| Period Ending: | 04/09/10 | | Claims Bar Date: | 06/28/07 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   December 30, 2008        Current Projected Date Of Final Report (TFR):   April 9, 2010  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-72484 | | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| Case Name: | LOSOYA, JOSE L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOSOYA, BARBARA G | | Account: | ***.*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7563661 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 04/17/07 | {8} | Jose and Barbara Losoya | Installment pymt. | 1241-000 | 900.00 | | 900.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.17 | | 900.17 |
| 05/16/07 | {8} | Jose and Barbara Losoya | monthly pymt on fraudulent conveyance | 1241-000 | 900.00 | | 1,800.17 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.67 | | 1,800.84 |
| 06/20/07 | {8} | Jose and Barbara Losoya | mo. pymt. | 1241-000 | 900.00 | | 2,700.84 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.00 | | 2,701.84 |
| 07/23/07 | {8} | Jose and Barbara Losoya | mo. pymt | 1241-000 | 900.00 | | 3,601.84 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.61 | | 3,603.45 |
| 08/20/07 | {8} | First National Bank & Trust of Rochelle | mo. pymt on fraudulent conveyance | 1241-000 | 900.00 | | 4,503.45 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.06 | | 4,505.51 |
| 09/24/07 | {8} | Barbara Losoya | monthly pymt - fraudulent conveyance | 1241-000 | 900.00 | | 5,405.51 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.27 | | 5,407.78 |
| 10/19/07 | {8} | First National IBank & Trust of Rochelle | monthly pymt. | 1241-000 | 900.00 | | 6,307.78 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.30 | | 6,311.08 |
| 11/26/07 | {8} | Jose Losoya c/o FNB Rochelle | Fraudulent conveyance | 1241-000 | 900.00 | | 7,211.08 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.29 | | 7,214.37 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.67 | | 7,218.04 |
| 01/02/08 | {8} | Joseph & Barb Losoya | Fraudulent conveyance | 1241-000 | 900.00 | | 8,118.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.62 | | 8,121.66 |
| 02/01/08 | {8} | Jose & Barb Losoya | mo. pymt re: fraudulent transfer | 1241-000 | 900.00 | | 9,021.66 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.82 | | 9,023.48 |
| 03/14/08 | {8} | Jose and Barba Losoya | pymt re: fraudulent conveyance | 1241-000 | 900.00 | | 9,923.48 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.73 | | 9,925.21 |
| 04/28/08 | {8} | Barbara Losoya | fraudulent conveyance pymt. | 1241-000 | 900.00 | | 10,825.21 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.38 | | 10,826.59 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.35 | | 10,827.94 |
| 06/02/08 | {8} | Jose and Barbara Losoya | Mo. pymt. on fradulent conveyance | 1241-000 | 900.00 | | 11,727.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.47 | | 11,729.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.49 | | 11,730.90 |
| 07/31/08 | | To Account #*********8866 | Pay bond premium | 9999-000 | | 10.38 | 11,720.52 |
| 08/08/08 | {8} | Jose and Barb Losoya | monthly pymt on fraudulent conveyance | 1241-000 | 900.00 | | 12,620.52 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 12,621.97 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.65 | | 12,623.62 |
| 10/21/08 | {8} | Joe and Barb Losoya | Monthly pymt on fraudulent transfer | 1241-000 | 400.00 | | 13,023.62 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.38 | | 13,025.00 |

Subtotals :   $13,035.38   $10.38

{} Asset reference(s)

Printed: 04/09/2010 11:25 AM   V.11.54

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 06-72484 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LOSOYA, JOSE L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOSOYA, BARBARA G | | Account: | ***-*****88-65 - Money Market Account |
| Taxpayer ID #: | 13-7563661 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.02 | | 13,026.02 |
| 12/24/08 | {8} | Estate of Jose and Barb Losoya | pymt on fraudulent transfer | 1241-000 | 100.00 | | 13,126.02 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 13,126.94 |
| 01/23/09 | {8} | Jose and Barb Losoya | Mo. pymt re: fraudulent transfer | 1241-000 | 100.00 | | 13,226.94 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,227.47 |
| 02/24/09 | {8} | Jose and Barb Losoya | mo. pymt on fraudulent conveyance | 1241-000 | 100.00 | | 13,327.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,327.97 |
| 03/24/09 | {8} | Jose and Barb Losoya | monthly pymt on fraudulent conveyance | 1241-000 | 100.00 | | 13,427.97 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,428.55 |
| 04/29/09 | {8} | Jose and Barb Losoya | monthly pymt on fraudulent transfer | 1241-000 | 100.00 | | 13,528.55 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,529.09 |
| 05/29/09 | {8} | jOSE AND bARB lOSOYA | Mo. pymt. re: fraudulent conveyance | 1241-000 | 100.00 | | 13,629.09 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,629.62 |
| 06/05/09 | | To Account #********8866 | Bond premium pymt | 9999-000 | | 10.84 | 13,618.78 |
| 06/22/09 | {8} | Jose and Barbara Losoya | pymt. on fraudulent transfer | 1241-000 | 100.00 | | 13,718.78 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 13,719.37 |
| 07/28/09 | {8} | Jose and Barb Losoya | Mo. pymt re: fraudulent conveyance | 1241-000 | 100.00 | | 13,819.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,819.94 |
| 08/24/09 | {8} | Jose and Barbara Losoya | pymt on fraudulent transfer | 1241-000 | 100.00 | | 13,919.94 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,920.52 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,921.08 |
| 10/02/09 | {8} | Jose and Barb Losoya | mo. pymt. | 1241-000 | 100.00 | | 14,021.08 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,021.65 |
| 11/02/09 | {8} | Jose and Barb Losoya | Fraudulent conveyance pymt. | 1241-000 | 100.00 | | 14,121.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,122.24 |
| 12/03/09 | {8} | Jose and Barb Losoya | fraudulent conveyance pymt. | 1241-000 | 100.00 | | 14,222.24 |
| 12/14/09 | {8} | Jose and Barbara Losoya | monthly pymt re: fraudulent transfer | 1241-000 | 100.00 | | 14,322.24 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,322.84 |
| 01/25/10 | {8} | Jose and Barbara Losoya | mo. pymt on fraudulent transfer | 1241-000 | 100.00 | | 14,422.84 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,423.40 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 14,423.94 |
| 03/05/10 | {8} | Jose and Barbara Losoya | fraudulent transfer pymts. | 1241-000 | 600.00 | | 15,023.94 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,024.60 |

Subtotals: $2,010.44    $10.84

{} Asset reference(s)    Printed: 04/09/2010 11:25 AM    V.11.54

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-72484 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | LOSOYA, JOSE L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOSOYA, BARBARA G | | Account: | \*\*\*-\*\*\*\*\*88-65 - Money Market Account |
| Taxpayer ID #: | 13-7563661 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/09/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 15,045.82 | 21.22 | $15,024.60 |
| | | | Less: Bank Transfers | | 0.00 | 21.22 | |
| | | | Subtotal | | 15,045.82 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $15,045.82 | $0.00 | |

{} Asset reference(s)

Printed: 04/09/2010 11:25 AM    V.11.54

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-72484 | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | LOSOYA, JOSE L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LOSOYA, BARBARA G | Account: | \*\*\*-\*\*\*\*\*88-66 - Checking Account |
| Taxpayer ID #: | 13-7563661 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/09/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #\*\*\*\*\*\*\*\*8865 | Pay bond premium | 9999-000 | 10.38 | | 10.38 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #06-72484, Bond Number 016018067 | 2300-000 | | 10.38 | 0.00 |
| 06/05/09 | | From Account #\*\*\*\*\*\*\*\*8865 | Bond premium pymt | 9999-000 | 10.84 | | 10.84 |
| 06/05/09 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #06-72484, Bond #016018067 | 2300-000 | | 10.84 | 0.00 |
| | | | ACCOUNT TOTALS | | 21.22 | 21.22 | $0.00 |
| | | | Less: Bank Transfers | | 21.22 | 0.00 | |
| | | | Subtotal | | 0.00 | 21.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $21.22 | |

Net Receipts : 15,045.82

Net Estate : $15,045.82

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*88-65 | 15,045.82 | 0.00 | 15,024.60 |
| Checking # \*\*\*-\*\*\*\*\*88-66 | 0.00 | 21.22 | 0.00 |
| | $15,045.82 | $21.22 | $15,024.60 |

{} Asset reference(s)

Printed: 04/09/2010 11:25 AM V.11.54

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: June 28, 2007

Case Number: 06-72484　　　　　　　　　　Page: 1　　　　　　　　　　Date: April 9, 2010
Debtor Name: LOSOYA, JOSE L　　　　　　　　　　　　　　　　　　　Time: 11:25:34 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $2,254.58 | $0.00 | 2,254.58 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $63.40 | $0.00 | 63.40 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $1,050.00 | $0.00 | 1,050.00 |
| 1<br>610 | World Financial Network National Bank<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900, Seattle, WA, 98121 | Unsecured | | $324.09 | $0.00 | 324.09 |
| 2<br>610 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured | | $2,454.92 | $0.00 | 2,454.92 |
| 3<br>610 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054 | Unsecured | | $2,373.76 | $0.00 | 2,373.76 |
| 4<br>610 | Northern IL Endodontics, LTD<br>325I-A Commerce Drive<br>Dekalb, IL 60115 | Unsecured | | $321.42 | $0.00 | 321.42 |
| 5<br>610 | Recovery Management Systems Corporation<br>For YESSG I, As Assignee of HOUSEHOLD BANK, 25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Unsecured | | $2,229.69 | $0.00 | 2,229.69 |
| 6<br>610 | Capital Recovery One<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL 33131 | Unsecured | | $547.74 | $0.00 | 547.74 |
| 7<br>610 | Charming Shoppes/Fashion Bug<br>c/o First Express<br>PO Box 856021<br>Louisville, KY 40285 | Unsecured | | $317.99 | $0.00 | 317.99 |
| 8<br>610 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,111.92 | $0.00 | 1,111.92 |
| 9<br>610 | Rockford Mercantile Agency, Inc.<br>2502 S Alpine Rd<br>Rockford, IL 61108 | Unsecured | | $245.00 | $0.00 | 245.00 |
| 10<br>610 | HILCO Receivables LLC<br>Assignee of Wells Fargo Bank by, eCAST Settlement Corporation as, its agent, POB<br>Newark, NJ 07193-5480 | Unsecured | | $1,986.24 | $0.00 | 1,986.24 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: June 28, 2007

Case Number: 06-72484  
Debtor Name: LOSOYA, JOSE L

Page: 2

Date: April 9, 2010  
Time: 11:25:34 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 11 610 | LVNV Funding LLC its successors and assigns as assignee of Citi Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $2,883.90 | $0.00 | 2,883.90 |
| 12 610 | LVNV Funding LLC its successors and assigns as assignee of Citi Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $2,785.62 | $0.00 | 2,785.62 |
| 13 610 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | | $918.61 | $0.00 | 918.61 |
| << Totals >> | | | | 21,868.88 | 0.00 | 21,868.88 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-72484
Case Name: LOSOYA, JOSE L
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 2,254.58 | $ 63.40 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 1,050.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | Amount | |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,500.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 324.09 | $ 204.21 |
| 2 | Discover Bank/Discover Financial Services | $ 2,454.92 | $ 1,546.74 |
| 3 | Discover Bank/Discover Financial Services | $ 2,373.76 | $ 1,495.60 |
| 4 | Northern IL Endodontics, LTD | $ 321.42 | $ 202.51 |
| 5 | Recovery Management Systems Corporation | $ 2,229.69 | $ 1,404.83 |
| 6 | Capital Recovery One | $ 547.74 | $ 345.11 |
| 7 | Charming Shoppes/Fashion Bug | $ 317.99 | $ 200.35 |
| 8 | Chase Bank USA, N.A. | $ 1,111.92 | $ 700.57 |
| 9 | Rockford Mercantile Agency, Inc. | $ 245.00 | $ 154.36 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | HILCO Receivables LLC | $ 1,986.24 | $ 1,251.44 |
| 11 | LVNV Funding LLC its successors and assigns as | $ 2,883.90 | $ 1,817.02 |
| 12 | LVNV Funding LLC its successors and assigns as | $ 2,785.62 | $ 1,755.10 |
| 13 | LVNV Funding LLC | $ 918.61 | $ 578.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                     Allowed Amt. of Claim    Proposed Payment*
                          N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                     Allowed Amt. of Claim    Proposed Payment*
                          N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (9/1/2009)**