# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: LOSOYA, JOSE L | § | Case No. 06-72484 |
| LOSOYA, BARBARA G | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN _____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/02/2010 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 04/09/2010 _____   By: /s/JOSEPH D. OLSEN _____
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

UST Form 101-7-NFR (9/1/2009)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LOSOYA, JOSE L | § | Case No. 06-72484 |
| LOSOYA, BARBARA G | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ _____15,045.82_ |
| *and approved disbursements of* | $ _____21.22_ |
| *leaving a balance on hand of* [1] | $ _____15,024.60_ |

Claims of secured creditors will be paid as follows:

*Claimant*  *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | | *Expenses* | |
|---|---|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ | 2,254.58 | $ | 63.40 |
| Attorney for trustee | Yalden, Olsen & Willette | $ | 1,050.00 | $ | |
| Appraiser | | $ | | $ | |
| Auctioneer | | $ | | $ | |
| Accountant | | $ | | $ | |
| Special Attorney for trustee | | $ | | $ | |
| Charges, | U.S. Bankruptcy Court | $ | | $ | |
| Fees, | United States Trustee | $ | | $ | |
| Other | | $ | | $ | |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,500.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 63.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | World Financial Network National Bank | $ 324.09 | $ 204.21 |
| 2 | Discover Bank/Discover Financial Services | $ 2,454.92 | $ 1,546.74 |
| 3 | Discover Bank/Discover Financial Services | $ 2,373.76 | $ 1,495.60 |
| 4 | Northern IL Endodontics, LTD | $ 321.42 | $ 202.51 |
| 5 | Recovery Management Systems Corporation | $ 2,229.69 | $ 1,404.83 |
| 6 | Capital Recovery One | $ 547.74 | $ 345.11 |
| 7 | Charming Shoppes/Fashion Bug | $ 317.99 | $ 200.35 |
| 8 | Chase Bank USA,N.A. | $ 1,111.92 | $ 700.57 |
| 9 | Rockford Mercantile Agency, Inc. | $ 245.00 | $ 154.36 |

| | | | |
|---|---|---|---|
| 10 | HILCO Receivables LLC | $ 1,986.24 | $ 1,251.44 |
| 11 | LVNV Funding LLC its successors and assigns as | $ 2,883.90 | $ 1,817.02 |
| 12 | LVNV Funding LLC its successors and assigns as | $ 2,785.62 | $ 1,755.10 |
| 13 | LVNV Funding LLC | $ 918.61 | $ 578.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | N/A | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOSEPH D. OLSEN

Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman          Page 1 of 2          Date Rcvd: Apr 23, 2010
Case: 06-72484                Form ID: pdf006          Total Noticed: 55
```

The following entities were noticed by first class mail on Apr 25, 2010.
```
db/jdb      +Jose L Losoya,   Barbara G Losoya,   1016 Garfield Dr, Apt 2,   Rochelle, IL 61068-1935
aty         +Andrew K. Weiss,   Legal Helpers,   Sears Tower,   233 S, Wacker,   Suite 5150,
             Chicago, IL 60606-6371
aty         +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty         +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
tr          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
11084601     American Family Insurance,   6000 American Parkway,   Madison, WI 53783-0001
11084600    +Andrew K. Weiss &,   Legal Helpers, PC,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
11084602    +Aurora Loan Services,   10350 Park Meadows Dr St,   Littleton, CO 80124-6800
11084603    +Blatt, Hassenmiller et al,   125 S. Wacker,   Suite 400,   Chicago, IL 60606-4440
11084604  +++CAC FINANCIAL CORP,   2601 NW EXPRESSWAY STE 1000E,   OKLAHOMA CITY OK  73112-7236,
             Oklahoma City, OK 73112
             (address filed with court: CAC Financial Corp,   2601 NW Expressway,   Suite 1000 East,
             Oklahoma City, OK 73112)
11084605    +Catherine/tape Report,   1103 Allen Dr,   Milford, OH 45150-8763
11084606    +Central Credit Services Inc,   PO Box 15118,   Jacksonville, FL 32239-5118
11312188    +Charming Shoppes/Fashion Bug,   c/o First Express,   PO Box 856021,   Louisville, KY 40285-6021
11347547    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
             Dallas, TX 75374-0933
11084607   ++DEKALB CLINIC CHARTERED,   1850 GATEWAY DR,   SYCAMORE IL 60178-3192
             (address filed with court: Dekalb Clinic Chartered,   217 Franklin Street,   Dekalb, IL 60115)
11084608    +Denis D Anderson DDS,   1211 Currency Court,   Rochelle, IL 61068-2322
11084610    +Fashion Bug/soanb,   1103 Allen Dr,   Milford, OH 45150-8763
11418535     HILCO Receivables LLC,   Assignee of Wells Fargo Bank by,   eCAST Settlement Corporation as,
             its agent,   POB 35480,   Newark NJ 07193-5480
11084611    +Hsbc Nv,   Pob 19360,   Portland, OR 97280-0360
11084614    +John S Pucin,   10 S LaSalle Street,   Suite 900,   Chicago, IL 60603-1016
11084599    +Jose L Losoya,   Barbara G Losoya,   1016 Garfield Dr, Apt 2,   Rochelle, IL 61068-1935
11084617    +Merchants & Medical Credit Corp,   6324 Taylor Drive,   Flint, MI 48507-4685
11084619    +Mutual Management,   401 E State St,   Rockford, IL 61104-1027
11084621     Northern IL Endodontics, LTD,   325I-A Commerce Drive,   Dekalb, IL 60115
11084622    +OMFS for Northern Illinois,   1675 Bethany Rd,   Suite A,   Sycamore, IL 60178-3160
11084623    +OSF Saint Anthony Medical Center,   5666 E State St,   Rockford, IL 61108-2472
11084624    +PBC of Maryland, Inc,   9675 Elk Grove Florin Road,   Elk Grove, CA 95624-2225
11084625    +Phil Watson PC,   535 E Army Post Road,   Des Moines, IA 50315-6091
11084626     Publishers Clearing House,   PO Box 400491,   Des Moines, IA 50340
11084627    +Redline Recovery Services LLC,   2350 N Forest Road,   Suite 31B,   Getzville, NY 14068-1398
11084628    +Rochelle Community Hospital,   900 N Second Street,   Rochelle, IL 61068-1717
11084629    +Rochelle Municipal Utilites,   333 Lincoln Highway,   Rochelle, IL 61068-1684
11084630    +Rockford Mercantile Agency, Inc.,   2502 S Alpine Rd,   Rockford, IL 61108-7813
11084634    +Stanley Weinberg & Associates,   PO Box 3352,   Glen Ellyn, IL 60138-3352
11084636    +Ventus Capital Service,   9700 Bissonnet,   Suite 2000,   Houston, TX 77036-8016
11084637    +Wells Fargo Card Svcs,   P.o. Box 5445,   Portland, OR 97228-5445
11084638    +Weltman, Weinberg & Reis Co,   175 South 3rd St,   Suite 900,   Columbus, OH 43215-5177
11084639    +Wfnnb/lane Bryant,   4590 E Broad St,   Columbus, OH 43213-1301
11281991    +World Financial Network National Bank,   c/o Weinstein & Riley, P.S.,
             2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
```

The following entities were noticed by electronic transmission on Apr 23, 2010.
```
12391372     +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2010 00:26:44     Capital Recovery One,
              25 SE 2nd Ave.,   Miami, FL 33131-1605
11084609      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2010 00:21:46     Discover Fin,   Pob 15316,
              Wilmington, DE 19850
11283640     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 24 2010 00:21:46
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11084613     +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2010 00:26:43     Jc Penney/monogram Bank,
              Po Box 981402,   El Paso, TX 79998-1402
11084615     +E-mail/PDF: cr-bankruptcy@kohls.com Apr 24 2010 00:23:54     Kohls/chase,
              N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
11084616     +E-mail/Text: resurgentbknotifications@resurgent.com                     LVNV Funding,
              P.O Box 10497,   Greenville, SC 29603-0497
11432291      E-mail/Text: resurgentbknotifications@resurgent.com                     LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11432289      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citi,   Resurgent Capital Services,
              PO Box 10587,   Greenville, SC 29603-0587
11084618     +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2010 00:26:43     Monogram Credit Card Bank of GA,
              PO Box 9769,   Macon, GA 31297
11084620     +E-mail/Text: bankrup@nicor.com                     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
11304304     +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2010 00:26:44
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
11310187     +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2010 00:26:44
              Recovery Management Systems Corporation,   For GE Money Bank,   dba Sam's Club,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11307506     +E-mail/PDF: rmscedi@recoverycorp.com Apr 24 2010 00:26:44
              Recovery Management Systems Corporation,   For YESSG I,   As Assignee of HOUSEHOLD BANK,
              25 SE 2nd Avenue, Suite 1120,   Miami FL 33131-1605
11084631     +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2010 00:26:43     Sams Club,   Po Box 981400,
              El Paso, TX 79998-1400
11084633     +E-mail/Text: resurgentbknotifications@resurgent.com                     Sherman Acquisitions,
              Po Box 740281,   Houston, TX 77274-0281
```

```
District/off: 0752-3          User: cbachman        Page 2 of 2            Date Rcvd: Apr 23, 2010
Case: 06-72484               Form ID: pdf006        Total Noticed: 55

The following entities were noticed by electronic transmission (continued)
11084632      +E-mail/Text: resurgentbknotifications@resurgent.com          Sherman Acquisitions,
               Po Box 10584,   Greenville, SC 29603-0584
                                                                            TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11084635        Unknown
11084612*     +Hsbc Nv,   Po Box 19360,   Portland, OR 97280-0360
                                                                            TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 25, 2010**              **Signature:**   *Joseph Speetjens*