**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LOSOYA, JOSE L | § | Case No. 06-72484 |
| LOSOYA, BARBARA G | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $60,300.00 | Assets Exempt: $34,045.00 |
| Total Distribution to Claimants: $11,658.29 | Claims Discharged Without Payment: $6,842.61 |
| Total Expenses of Administration: $3,389.20 | |

3) Total gross receipts of $ 15,047.49 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $15,047.49 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 1,050.00 | 3,389.20 | 3,389.20 | 3,389.20 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 18,500.90 | 18,500.90 | 11,658.29 |
| **TOTAL DISBURSEMENTS** | $1,050.00 | $21,890.10 | $21,890.10 | $15,047.49 |

4) This case was originally filed under Chapter 7 on December 29, 2006.
. The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2010 By: /s/JOSEPH D. OLSEN
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 –GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent conveyance - 1016 Garfield Dr. | 1241-000 | 15,000.00 |
| Interest Income | 1270-000 | 47.49 |
| **TOTAL GROSS RECEIPTS** | | $15,047.49 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 –SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,254.58 | 2,254.58 | 2,254.58 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 63.40 | 63.40 | 63.40 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.38 | 10.38 | 10.38 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.84 | 10.84 | 10.84 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,389.20 | 3,389.20 | 3,389.20 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| World Financial Network National Bank | 7100-000 | N/A | 324.09 | 324.09 | 204.23 |
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 2,454.92 | 2,454.92 | 1,546.96 |
| Discover Bank/Discover Financial Services | 7100-000 | N/A | 2,373.76 | 2,373.76 | 1,495.82 |
| Northern IL Endodontics, LTD | 7100-000 | N/A | 321.42 | 321.42 | 202.54 |
| Recovery Management Systems Corporation | 7100-000 | N/A | 2,229.69 | 2,229.69 | 1,405.03 |
| Capital Recovery One | 7100-000 | N/A | 547.74 | 547.74 | 345.16 |
| Charming Shoppes/Fashion Bug | 7100-000 | N/A | 317.99 | 317.99 | 200.38 |
| Chase Bank USA,N.A. | 7100-000 | N/A | 1,111.92 | 1,111.92 | 700.67 |
| Rockford Mercantile Agency, Inc. | 7100-000 | N/A | 245.00 | 245.00 | 154.39 |
| HILCO Receivables LLC | 7100-000 | N/A | 1,986.24 | 1,986.24 | 1,251.62 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 2,883.90 | 2,883.90 | 1,817.28 |
| LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 2,785.62 | 2,785.62 | 1,755.35 |
| LVNV Funding LLC | 7100-000 | N/A | 918.61 | 918.61 | 578.86 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 18,500.90 | 18,500.90 | 11,658.29 |

Exhibit 8



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Period Ending:** 09/01/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 12/29/06 (f)
**§341(a) Meeting Date:** 01/25/07
**Claims Bar Date:** 06/28/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Ckg. Acct | 25.00 | 0.00 | DA | 0.00 | FA |
| 2 | HHGS/furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 4 | Term Life Insurance | 900.00 | 0.00 | DA | 0.00 | FA |
| 5 | Annuity | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Pension | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Vehicles | 4,525.00 | 0.00 | DA | 0.00 | FA |
| 8 | Fraudulent conveyance - 1016 Garfield Dr. (u) | 20,000.00 | 15,000.00 | | 15,000.00 | FA |
| 9 | Pets | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Checking account with First National Bank of Roc | 25.00 | 0.00 | DA | 0.00 | FA |
| 11 | Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Personal Used Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 13 | Employer - Term Life Insurance - cash surrender | 900.00 | 0.00 | DA | 0.00 | FA |
| 14 | Annuity | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | Pension through employer - 100% exempt | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | 1994 Ford S10, 330,000 miles | 575.00 | 0.00 | DA | 0.00 | FA |
| 17 | 1994 Oldsmobile 98, 200,000 miles | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 93 Chevrolet G-20, 100,000 miles | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 19 | 91 Yamaha 750 | 750.00 | 0.00 | DA | 0.00 | FA |
| 20 | 9 fish | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 47.49 | FA |
| **21** | **Assets** **Totals** (Excluding unknown values) | **$80,300.00** | **$15,000.00** | | **$15,047.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8



# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Period Ending:** 09/01/10

**Trustee:** (330400) JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 12/29/06 (f)
**§341(a) Meeting Date:** 01/25/07
**Claims Bar Date:** 06/28/07

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 30, 2008 **Current Projected Date Of Final Report (TFR):** April 9, 2010 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Taxpayer ID #:** **-***3661
**Period Ending:** 09/01/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****88-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/17/07 | {8} | Jose and Barbara Losoya | Installment pymt. | 1241-000 | 900.00 | | 900.00 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.17 | | 900.17 |
| 05/16/07 | {8} | Jose and Barbara Losoya | monthly pymt on fraudulent conveyance | 1241-000 | 900.00 | | 1,800.17 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.67 | | 1,800.84 |
| 06/20/07 | {8} | Jose and Barbara Losoya | mo. pymt. | 1241-000 | 900.00 | | 2,700.84 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.00 | | 2,701.84 |
| 07/23/07 | {8} | Jose and Barbara Losoya | mo. pymt | 1241-000 | 900.00 | | 3,601.84 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.61 | | 3,603.45 |
| 08/20/07 | {8} | First National Bank & Trust of Rochelle | mo. pymt on fraudulent conveyance | 1241-000 | 900.00 | | 4,503.45 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.06 | | 4,505.51 |
| 09/24/07 | {8} | Barbara Losoya | monthly pymt - fraudulent conveyance | 1241-000 | 900.00 | | 5,405.51 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.27 | | 5,407.78 |
| 10/19/07 | {8} | First National lBank & Trust of Rochelle | monthly pymt. | 1241-000 | 900.00 | | 6,307.78 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.30 | | 6,311.08 |
| 11/26/07 | {8} | Jose Losoya c/o FNB Rochelle | Fraudulent conveyance | 1241-000 | 900.00 | | 7,211.08 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.29 | | 7,214.37 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.67 | | 7,218.04 |
| 01/02/08 | {8} | Joseph & Barb Losoya | Fraudulent conveyance | 1241-000 | 900.00 | | 8,118.04 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.62 | | 8,121.66 |
| 02/01/08 | {8} | Jose & Barb Losoya | mo. pymt re: fraudulent transfer | 1241-000 | 900.00 | | 9,021.66 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.82 | | 9,023.48 |
| 03/14/08 | {8} | Jose and Barba Losoya | pymt re: fraudulent conveyance | 1241-000 | 900.00 | | 9,923.48 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.73 | | 9,925.21 |
| 04/28/08 | {8} | Barbara Losoya | fraudulent conveyance pymt. | 1241-000 | 900.00 | | 10,825.21 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.38 | | 10,826.59 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.35 | | 10,827.94 |
| 06/02/08 | {8} | Jose and Barbara Losoya | Mo. pymt. on fradulent conveyance | 1241-000 | 900.00 | | 11,727.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.47 | | 11,729.41 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.49 | | 11,730.90 |
| 07/31/08 | | To Account #********8866 | Pay bond premium | 9999-000 | | 10.38 | 11,720.52 |
| 08/08/08 | {8} | Jose and Barb Losoya | monthly pymt on fraudulent conveyance | 1241-000 | 900.00 | | 12,620.52 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.45 | | 12,621.97 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.65 | | 12,623.62 |
| 10/21/08 | {8} | Joe and Barb Losoya | Monthly pymt on fraudulent transfer | 1241-000 | 400.00 | | 13,023.62 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.38 | | 13,025.00 |
| | | | | Subtotals : | $13,035.38 | $10.38 | |

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Taxpayer ID #:** **-***3661
**Period Ending:** 09/01/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****88-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.02 | | 13,026.02 |
| 12/24/08 | {8} | Estate of Jose and Barb Losoya | pymt on frauduent transfer | 1241-000 | 100.00 | | 13,126.02 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.92 | | 13,126.94 |
| 01/23/09 | {8} | Jose and Barb Losoya | Mo. pymt re: fraudulent transfer | 1241-000 | 100.00 | | 13,226.94 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,227.47 |
| 02/24/09 | {8} | Jose and Barb Losoya | mo. pymt on fraudulent conveyance | 1241-000 | 100.00 | | 13,327.47 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.50 | | 13,327.97 |
| 03/24/09 | {8} | Jose and Barb Losoya | monthly pymt on fraudulent conveyance | 1241-000 | 100.00 | | 13,427.97 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,428.55 |
| 04/29/09 | {8} | Jose and Barb Losoya | monthly pymt on fraudulent transfer | 1241-000 | 100.00 | | 13,528.55 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,529.09 |
| 05/29/09 | {8} | jOSE AND bARB lOSOYA | Mo. pymt. re: fraudulent conveyance | 1241-000 | 100.00 | | 13,629.09 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,629.62 |
| 06/05/09 | | To Account #********8866 | Bond premium pymt | 9999-000 | | 10.84 | 13,618.78 |
| 06/22/09 | {8} | Jose and Barbara Losoya | pymt. on fraudulent transfer | 1241-000 | 100.00 | | 13,718.78 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 13,719.37 |
| 07/28/09 | {8} | Jose and Barb Losoya | Mo. pymt re: fraudulent conveyance | 1241-000 | 100.00 | | 13,819.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,819.94 |
| 08/24/09 | {8} | Jose and Barbara Losoya | pymt on fraudulent transfer | 1241-000 | 100.00 | | 13,919.94 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.58 | | 13,920.52 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 13,921.08 |
| 10/02/09 | {8} | Jose and Barb Losoya | mo. pymt. | 1241-000 | 100.00 | | 14,021.08 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 14,021.65 |
| 11/02/09 | {8} | Jose and Barb Losoya | Fraudulent conveyance pymt. | 1241-000 | 100.00 | | 14,121.65 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,122.24 |
| 12/03/09 | {8} | Jose and Barb Losoya | fraudulent conveyance pymt. | 1241-000 | 100.00 | | 14,222.24 |
| 12/14/09 | {8} | Jose and Barbara Losoya | monthly pymt re: fraudulent transfer | 1241-000 | 100.00 | | 14,322.24 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,322.84 |
| 01/25/10 | {8} | Jose and Barbara Losoya | mo. pymt on fraudulent transfer | 1241-000 | 100.00 | | 14,422.84 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.56 | | 14,423.40 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 14,423.94 |
| 03/05/10 | {8} | Jose and Barbara Losoya | fraudulent transfer pymts. | 1241-000 | 600.00 | | 15,023.94 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.66 | | 15,024.60 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 15,024.98 |
| 04/20/10 | | Wire out to BNYM account 9200******8865 | Wire out to BNYM account 9200******8865 | 9999-000 | -15,024.98 | | 0.00 |

| | Receipts | Disbursements |
|---|---|---|
| Subtotals : | $-13,014.16 | $10.84 |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Taxpayer ID #:** **-***3661
**Period Ending:** 09/01/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****88-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **21.22** | **21.22** | **$0.00** |
| | | | Less: Bank Transfers | | -15,024.98 | 21.22 | |
| | | | **Subtotal** | | **15,046.20** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,046.20** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Taxpayer ID #:** **-***3661
**Period Ending:** 09/01/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****88-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/08 | | From Account #********8865 | Pay bond premium | 9999-000 | 10.38 | | 10.38 |
| 07/31/08 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2008 FOR CASE #06-72484, Bond Number 016018067 | 2300-000 | | 10.38 | 0.00 |
| 06/05/09 | | From Account #********8865 | Bond premium pymt | 9999-000 | 10.84 | | 10.84 |
| 06/05/09 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #06-72484, Bond #016018067 | 2300-000 | | 10.84 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **21.22** | **21.22** | **$0.00** |
| Less: Bank Transfers | 21.22 | 0.00 | |
| **Subtotal** | **0.00** | **21.22** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$21.22** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Taxpayer ID #:** **-***3661
**Period Ending:** 09/01/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******88-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8865 | Wire in from JPMorgan Chase Bank, N.A. account ********8865 | 9999-000 | 15,024.98 | | 15,024.98 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.31 | | 15,025.29 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.90 | | 15,026.19 |
| 06/04/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.08 | | 15,026.27 |
| 06/04/10 | | To Account #9200******8866 | Prep. of Amd Dist. Rpt | 9999-000 | | 15,026.27 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **15,026.27** | **15,026.27** | **$0.00** |
| Less: Bank Transfers | 15,024.98 | 15,026.27 | |
| **Subtotal** | **1.29** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1.29** | **$0.00** | |

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 06-72484
**Case Name:** LOSOYA, JOSE L
LOSOYA, BARBARA G
**Taxpayer ID #:** **-***3661
**Period Ending:** 09/01/10

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******88-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/04/10 | | From Account #9200******8865 | Prep. of Amd Dist. Rpt | 9999-000 | 15,026.27 | | 15,026.27 |
| 06/11/10 | 10103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,050.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,050.00 | 13,976.27 |
| 06/11/10 | 10104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,254.58, Trustee Compensation; Reference: | 2100-000 | | 2,254.58 | 11,721.69 |
| 06/11/10 | 10105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $63.40, Trustee Expenses; Reference: | 2200-000 | | 63.40 | 11,658.29 |
| 06/11/10 | 10106 | World Financial Network National Bank | Dividend paid 63.01% on $324.09; Claim# 1; Filed: $324.09; Reference: | 7100-000 | | 204.23 | 11,454.06 |
| 06/11/10 | 10107 | Discover Bank/Discover Financial Services | Dividend paid 63.01% on $2,454.92; Claim# 2; Filed: $2,454.92; Reference: | 7100-000 | | 1,546.96 | 9,907.10 |
| 06/11/10 | 10108 | Discover Bank/Discover Financial Services | Dividend paid 63.01% on $2,373.76; Claim# 3; Filed: $2,373.76; Reference: | 7100-000 | | 1,495.82 | 8,411.28 |
| 06/11/10 | 10109 | Northern IL Endodontics, LTD | Dividend paid 63.01% on $321.42; Claim# 4; Filed: $321.42; Reference: | 7100-000 | | 202.54 | 8,208.74 |
| 06/11/10 | 10110 | Recovery Management Systems Corporation | Dividend paid 63.01% on $2,229.69; Claim# 5; Filed: $2,229.69; Reference: | 7100-000 | | 1,405.03 | 6,803.71 |
| 06/11/10 | 10111 | Capital Recovery One | Dividend paid 63.01% on $547.74; Claim# 6; Filed: $547.74; Reference: | 7100-000 | | 345.16 | 6,458.55 |
| 06/11/10 | 10112 | Charming Shoppes/Fashion Bug | Dividend paid 63.01% on $317.99; Claim# 7; Filed: $317.99; Reference: | 7100-000 | | 200.38 | 6,258.17 |
| 06/11/10 | 10113 | Chase Bank USA,N.A. | Dividend paid 63.01% on $1,111.92; Claim# 8; Filed: $1,111.92; Reference: | 7100-000 | | 700.67 | 5,557.50 |
| 06/11/10 | 10114 | Rockford Mercantile Agency, Inc. | Dividend paid 63.01% on $245.00; Claim# 9; Filed: $245.00; Reference: | 7100-000 | | 154.39 | 5,403.11 |
| 06/11/10 | 10115 | HILCO Receivables LLC | Dividend paid 63.01% on $1,986.24; Claim# 10; Filed: $1,986.24; Reference: | 7100-000 | | 1,251.62 | 4,151.49 |
| 06/11/10 | 10116 | LVNV Funding LLC its successors and assigns as | Dividend paid 63.01% on $2,883.90; Claim# 11; Filed: $2,883.90; Reference: | 7100-000 | | 1,817.28 | 2,334.21 |
| 06/11/10 | 10117 | LVNV Funding LLC its successors and assigns as | Dividend paid 63.01% on $2,785.62; Claim# 12; Filed: $2,785.62; Reference: | 7100-000 | | 1,755.35 | 578.86 |
| 06/11/10 | 10118 | LVNV Funding LLC | Dividend paid 63.01% on $918.61; Claim# 13; Filed: $918.61; Reference: | 7100-000 | | 578.86 | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **15,026.27** | **15,026.27** | **$0.00** |
| Less: Bank Transfers | 15,026.27 | 0.00 | |
| **Subtotal** | **0.00** | **15,026.27** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$15,026.27** | |

# Form 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 06-72484 | **Trustee:** | JOSEPH D. OLSEN (330400) |
| **Case Name:** | LOSOYA, JOSE L<br>LOSOYA, BARBARA G | **Bank Name:** | The Bank of New York Mellon |
| | | **Account:** | 9200-******88-66 - Checking Account |
| **Taxpayer ID #:** | **-***3661 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 09/01/10 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 15,047.49 |
| Net Estate : | $15,047.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****88-65 | 15,046.20 | 0.00 | 0.00 |
| Checking # ***-*****88-66 | 0.00 | 21.22 | 0.00 |
| MMA # 9200-******88-65 | 1.29 | 0.00 | 0.00 |
| Checking # 9200-******88-66 | 0.00 | 15,026.27 | 0.00 |
| | $15,047.49 | $15,047.49 | $0.00 |